**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re<br><br>John Rolland Blythe,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-30864 |
| John Rolland Blythe,<br><br>        Plaintiff,<br><br>v.<br><br>The Connor Group, a Real Estate Investment Firm, LLC and Alcove Birkdale XIV LLC,<br><br>        Defendants. | Adv. Pro. No. 24-03000 |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, on this 20th day of December 2024, by and between Plaintiff and Defendants that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action **with prejudice**, with each party to bear their own attorney's fees, costs and expenses incurred.

| | |
|---|---|
| */s/ Kimberly A. Sheek*<br>KIMBERLY A. SHEEK<br>NC BAR NO. 34199<br>LAW OFFICE OF KIMBERLY A. SHEEK<br>1931 J N Pease Pl, Suite 202<br>Charlotte NC 28262<br>P: (704) 842-9776<br>kimberlysheek@sheeklawfirm.com<br>*Attorney for Defendants* | */s/ Rashad L. Blossom*<br>RASHAD L BLOSSOM<br>NC BAR NO. 45621<br>BLOSSOM LAW PLLC<br>301 S. McDowell Street, #1103<br>Charlotte, NC 28117<br>P: (704) 256-7766<br>F: (704) 486-5952<br>rblossom@blossomlaw.com<br>*Attorney for Plaintiff* |